```
 1  MONIQUE C. WINKLER (Cal. Bar No. 213031)
    JASON H. LEE (Cal. Bar No. 253140)
 2  JOHN K. HAN (Cal. Bar No. 208086)
      hanjo@sec.gov
 3  MATTHEW G. MEYERHOFER (Cal. Bar No. 268559)
      meyerhoferm@sec.gov
 4
    Attorneys for Plaintiff
 5  SECURITIES AND EXCHANGE COMMISSION
    44 Montgomery Street, Suite 700
 6  San Francisco, CA 94104
    (415) 705-2500
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:24-cv-06683-CRB |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER RE: STAY OF PROCEEDINGS AND DISCOVERY |
| v. | |
| BABA NADIMPALLI, | |
| Defendant. | |

STIPULATION

Plaintiff Securities and Exchange Commission ("SEC") and Defendant Baba Nadimpalli ("Defendant," together, "the Parties") hereby stipulate and agree as follows:

WHEREAS, a related criminal case, *United States v. Baba Nadimpalli*, Case No. 3:24-cr-00021-CRB, is currently pending before the Court (the "Criminal Case").

WHEREAS, Defendant requested that the SEC agree to a stay of the instant civil case (the "Civil Case") until the resolution of the pending Criminal Case because of Defendant's potential

Fifth Amendment issues and because a stay of the Civil Case, including discovery, would be beneficial to the parties in the Criminal Case.

WHEREAS, the SEC has been informed by the Assistant United States Attorney representing the United States in the Criminal Case that the United States concurs that a stay of the Civil Case, including discovery, would be beneficial to the parties in the Criminal Case.

WHEREAS, based on the facts and circumstances of this case, the SEC does not oppose a stay of the Civil Case, including discovery, until resolution of the District Court Criminal Case (*i.e.,* sentencing or dismissal, not appeal).

WHEREFORE, the Parties stipulate to, and respectfully request that the Court enter, the accompanying Proposed Order, staying the Civil Case, including discovery, until resolution of the Criminal Case. Within thirty days of the resolution of the Criminal Case, the Parties will file a status report in the Civil Case with their recommendation on how the Court and the Parties should proceed with the Civil Case. The Parties stipulate that, for good cause (such as future unavailability of witnesses or documents), the Parties may conduct limited civil discovery by stipulation or by Court Order.

STIPULATED AND AGREED TO BY:

Dated: December 16, 2024

Plaintiff Securities and Exchange Commission

By   */s/ John K. Han*
John K. Han
U.S. Securities & Exchange Commission
44 Montgomery Street, Suite 700
San Francisco, CA 94104
Attorney for Plaintiff Securities and Exchange Commission

Defendant Baba Nadimpalli

By:   */s/ Jonathan Baum (jkh with permission)*
Jonathan Baum
Steptoe LLP
1330 Connecticut Ave., NW
Washington, D.C. 20036
jbaum@steptoe.com
202-261-0530
Attorney for Defendant Baba Nadimpalli

**[~~PROPOSED~~] ORDER**

Based on the foregoing stipulation, and for good cause shown, IT IS HEREBY:

ORDERED that all current court-imposed deadlines and scheduled event dates, including Defendant's Answer, the Parties' Initial Disclosures, the Parties' Joint Case Management Statement, and the Case Management Conference scheduled for January 10, 2025, are VACATED;

FURTHER ORDERED that all proceedings in this Civil Case, including discovery, are stayed until further order of the Court. However, for good cause (such as future unavailability of witnesses or documents), the Parties may conduct limited discovery by stipulation or by Court Order; and

FURTHER ORDERED that, within thirty days after resolution of the District Court Criminal Case, *United States v. Baba Nadimpalli*, Case No. 3:24-cr-00021-CRB, (*i.e.,* sentencing or dismissal, not appeal), the Parties shall file a status report with the Court.

Date:  December 16, 2024

_____
The Honorable Charles R. Breyer
United States District Judge