JASON H. LEE (Cal. Bar No. 253140)
JASON M. BUSSEY (Cal. Bar. No. 227185)
 busseyj@sec.gov
MATTHEW G. MEYERHOFER (Cal. Bar No. 268559)
 meyerhoferm@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 700
San Francisco, CA 94104
(415) 705-2500

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:24-cv-06683-CRB |
| Plaintiff, | STATUS REPORT AND ~~PROPOSED~~ ORDER EXTENDING STAY |
| v. | |
| BABA NADIMPALLI, | |
| Defendant. | |

### STATUS REPORT

Plaintiff Securities and Exchange Commission ("SEC") and Defendant Baba Nadimpalli ("Defendant," together, "the Parties") provide this status report pursuant to the Court's December 16, 2024 Stipulation and Order Re: Stay of Proceedings and Discovery [Dkt. No. 12].

The SEC filed this action on September 24, 2024, charging Defendant with violations of Section 17(a) of the Securities Act of 1933, Section 10(b) of the Securities Exchange Act of 1934, and Exchange Act Rule 10b-5. On December 16, 2024, the Parties stipulated, and the Court ordered,

STATUS REPORT AND
~~PROPOSED~~ ORDER                        1                   Case No. 3:24-cv-6683-CRB

that this action be stayed until the resolution of a related criminal case in this Court, *United States v. Baba Nadimpalli*, Case No. 3:24-cr-00021-CRB (the "Criminal Case"). Dkt. No. 12. The Court further ordered that "within thirty days after resolution" of the Criminal Case, "the Parties shall file a status report with the Court." *Id.*

Defendant pled guilty in the Criminal Case on June 25, 2025. On November 7, 2025, the Court sentenced Defendant to one year and one day in prison. On May 8, 2026, the Court entered an Amended Judgment in the Criminal Case ordering Defendant to pay $16,633,349.39 in restitution.

After the Court entered the Amended Judgment in the Criminal Case, the Parties here began discussing potentially resolving this civil action without the need for further litigation. The Parties will update the Court on the status of these settlement discussions no later than 60 days from date of this status report and respectfully request that this action remain stayed until then.

STIPULATED AND AGREED TO BY:

Dated: June 5, 2026                          Plaintiff Securities and Exchange Commission

                                             By:    */s/ Matthew Meyerhofer*
                                                    Matthew Meyerhofer
                                                    U.S. Securities & Exchange Commission
                                                    44 Montgomery Street, Suite 700
                                                    San Francisco, CA 94104
                                                    Attorney for Plaintiff Securities and Exchange
                                                    Commission


                                             Defendant Baba Nadimpalli

                                             By:    */s/ Jonathan Baum*
                                                    Jonathan Baum
                                                    HWG LLP
                                                    1919 M Street NW, Eighth Floor
                                                    Washington, DC 20036
                                                    Attorney for Defendant Baba Nadimpalli

STATUS REPORT AND                    2                 Case No. 3:24-cv-6683-CRB
PROPOSED ORDER

# [~~PROPOSED~~] ORDER

Based on the foregoing stipulation, and for good cause shown, IT IS HEREBY:

ORDERED that all proceedings in this Civil Case, including discovery, remain stayed until further order of the Court; and

FURTHER ORDERED that the Parties shall file a further status report with the Court no later than 60 days from the date of the foregoing status report.

Date:    June 8, 2026

The Honorable Charles R. Breyer
United States District Judge