JASON H. LEE (Cal. Bar No. 253140)
JASON M. BUSSEY (Cal. Bar. No. 227185)
busseyj@sec.gov
MATTHEW G. MEYERHOFER (Cal. Bar No. 268559)
meyerhoferm@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 700
San Francisco, CA 94104
(415) 705-2500

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br>v.<br>BABA NADIMPALLI,<br>Defendant. | Case No. 3:24-cv-06683-CRB<br><br>STATUS REPORT AND ~~[PROPOSED]~~ ORDER EXTENDING STAY |

STATUS REPORT

Plaintiff Securities and Exchange Commission ("SEC") and Defendant Baba Nadimpalli ("Defendant," together, "the Parties") provide this status report pursuant to the Court's June 8, 2026 Order Extending Stay. Dkt. No. 16.

The SEC filed this action on September 24, 2024, charging Defendant with violations of Section 17(a) of the Securities Act of 1933, Section 10(b) of the Securities Exchange Act of 1934, and Exchange Act Rule 10b-5. On December 16, 2024, the Parties stipulated, and the Court ordered,

that this action be stayed until the resolution of a related criminal case in this Court, *United States v. Baba Nadimpalli*, Case No. 3:24-cr-00021-CRB (the "Criminal Case"). Dkt. No. 12.

Defendant pled guilty in the Criminal Case on June 25, 2025. On November 7, 2025, the Court sentenced Defendant to one year and one day in prison. On May 8, 2026, the Court entered an Amended Judgment in the Criminal Case ordering Defendant to pay $16,633,349.39 in restitution. After the Court entered the Amended Judgment in the Criminal Case, the Parties here began discussing potentially resolving this civil action without the need for further litigation.
The Court extended the stay in this action on June 8, 2026, pending the Parties' continuing settlement discussions, and ordered that "the Parties shall file a further status report with the Court no later than 60 days" from the date of their June 5, 2026 status report. Dkt. No. 16.

Since the previous status report, the Parties have made progress in their settlement negotiations. Defendant's incarceration has caused some delays in these discussions, but the Parties are continuing to negotiate in good faith to resolve this matter.

With the Court's concurrence, the Parties will provide a further status update to the Court on or before October 2, 2026 and respectfully request that this action remain stayed until then.

STIPULATED AND AGREED TO BY:

Dated: August 4, 2026

Plaintiff Securities and Exchange Commission

By: */s/ Matthew Meyerhofer*
Matthew Meyerhofer
U.S. Securities & Exchange Commission
44 Montgomery Street, Suite 700
San Francisco, CA 94104
Attorney for Plaintiff Securities and Exchange Commission

Defendant Baba Nadimpalli

By: */s/ Jonathan Baum (with permission)*
Jonathan Baum
HWG LLP
1919 M Street NW, Eighth Floor
Washington, DC 20036
Attorney for Defendant Baba Nadimpalli

# ~~[PROPOSED]~~ ORDER

Based on the foregoing stipulation, and for good cause shown, IT IS HEREBY:

ORDERED that all proceedings in this Civil Case, including discovery, remain stayed until further order of the Court; and

FURTHER ORDERED that the Parties shall file a further status report with the Court no later than October 2, 2026.

Date: August 5, 2026

The Honorable Charles R. Breyer
United States District Judge